■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NADIR SIMONS, Appellant. [721 NYS2d 254] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Marrus, J.), rendered April 28, 1999, convicting him of robbery in the first degree and criminal possession of a weapon in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The People's failure to turn over the audiotape recording of a radio communication made by a police officer requesting backup help during the chase and apprehension of the defendant was not a *Rosario* violation (*see, People v Rosario,* 9 NY2d 286, *cert denied* 368 US 866), because that officer did not testify at the trial (*see, People v Jackson,* 271 AD2d 455).

The sentence imposed was not excessive (*see, People v Suitte,* 90 AD2d 80).

The defendant's remaining contention is unpreserved for ap-

pellate review. Bracken, Acting P. J., O'Brien, Santucci and Florio, JJ., concur.